FILED
NOV 0 9 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ELEANORE PODBEVSEK<br>    Plaintiff | ' | |
| VS. | ' | CIVIL ACTION NO. A:05-CA-962 SS |
| THE HOME DEPOT, U.S.A., INC. and<br>CORDELIA LIGHTING, INC.,<br>    Defendants | ' | JURY DEMANDED |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Home Depot U.S.A., Inc. ("Home Depot") Cross-Plaintiff herein, and Cordelia Lighting, Inc. Cross-Defendant herein, and file this their Joing Motion to Dismiss with Prejudice, in the subject cause against Defendant, Cordelia Lighting, Inc., ("Cordelia") and would show unto the Court the following:

Home Depot and Cordelia hereby announce to the Court that they have settled the disputes between them. Consequently, Home Depot no longer desires to prosecute the cross-claims that it has asserted against Cordelia hereunder.

Wherefore, premises considered, Home Depot and Cordelia respectfully requests the Court to dismiss the cross-claims that Home Depot has asserted against Cordelia hereunder with prejudice to the refilling of same.

**JOINT MOTION TO DISMISS WITH PREJUDICE**                                                                **PAGE 1**

Respectfully Submitted,


By: _____/s/_____
   ARTHUR K. SMITH
   State Bar No. : 18534100
   LAW OFFICE OF ARTHUR K. SMITH
   A PROFESSIONAL CORPORATION
   507 Prestige Circle
   (469) 519-2500 - Telephone
   (469) 519-2555 - Facsimile
   ATTORNEY FOR CROSS-PLAINTIFF
   HOME DEPOT, U.S.A., INC.


*/s/ Keith Slade*
L. KEITH SLADE
State Bar No.: 18478700
TUCKER, TAUNTON, SNYDER & SLADE
10370 Richmond Avenue, Suite 1400
Houston, Texas 77042
(713) 961-5800 Telephone
(713) 993-2808 Fax
ATTORNEY FOR CROSS DEFENDANT
CORDELILA LIGHTING, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ELEANORE PODBEVSEK<br>     Plaintiff | ' | |
| VS. | ' | CIVIL ACTION NO. A:05-CA-962 SS |
| THE HOME DEPOT, U.S.A., INC. and<br>CORDELIA LIGHTING, INC.,<br>     Defendants | '<br>'<br>' | JURY DEMANDED |

## ORDER

On this day came on to be heard the Joint Motion to Dismiss with Prejudice (the "Motion") submitted by Cross-Plaintiff Home Depot U.S.A., Inc. ("Home Depot") and Cross-Defendant Cordelia Lighting, Inc. After having reviewed the Motion, the court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDED, and DECREED that the Motion is GRANTED, and that Home Depot's Cross-Claims against Cordelia are hereby dismissed with Prejudice to the refilling of the same.

Signed the _____ day of _____, 2006.

_____
Judge Presiding

Approved as to Form and Substance:

LAW OFFICES OF ARTHUR K. SMITH

*Arthur Smith by permission*
ARTHUR K. SMITH
SBOT: 18534100
Law Office of Arthur K. Smith
A Professional Corporation
507 Prestige Circle
(469) 519-2500
(469) 519-2555 - Fax
**Counsel for Defendant Home Depot**


**TUCKER, TAUNTON, SNYDER & SLADE**

*Keith Slade*
L. KEITH SLADE
SBOT: 18478700
10370 Richmond Avenue, Suite 1400
Houston, Texas 77042
(713) 961-5800
(713) 993-2808 Fax
**Counsel for Defendant Cordelia**